PHILIP H. SAGE et al., Respondents, *v.* EMILY E. WHEELER
et al., Appellants.

*Sage* v. *Wheeler,* 3 App. Div. 38, affirmed.
(Argued January 19, 1899; decided February 3, 1899.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
April 15, 1896, reversing an interlocutory judgment in an
action of partition entered upon a decision of the court on trial
at Special Term, and granting a new trial.

*Hiram H. Ryel* and *Charles S. Mereness* for appellants.

*Lansing & Lansing* for respondents.

Order affirmed and judgment absolute ordered for respond-
ents on the stipulation, with costs; no opinion.
All concur, except MARTIN and VANN, JJ., not sitting.

---

HESTER A. TOMPKINS, Respondent, *v.* WILLIAM H. TOMPKINS
et al., Appellants.

*Tompkins* v. *Tompkins,* 89 Hun, 608, affirmed.
(Argued January 19, 1899; decided February 3, 1899.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the second judicial department, entered
August 1, 1895, upon an order affirming a judgment in favor
of plaintiff entered upon a verdict, and an order denying a
motion for a new trial.

*Francis Larkin* and *Richard N. Arnow* for appellants.

*William P. Fiero* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.